Opinion filed October 26, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed October 26, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00180-CV 

                                                    __________

 

                                                    IN RE C.A.J.

 



 

                                               On
Appeal from the County Court

                                                          Taylor
County, Texas

                                                   Trial
Court Cause No. 16,080

 



 

                                              M
E M O R A N D U M   O P I N I O N

The
trial court signed an order appointing Cheryl Lynn Jensen successor guardian of
C.A.J. on March 13, 2006.  Teresa Jensen
then perfected this appeal.  We dismiss.

Both the
clerk=s record and the reporter=s record have been filed in this
court.  Teresa=s brief was originally due to be filed on
August 7, 2006, and a motion for extension was granted extending the due date
to September 6, 2006.  On October 4,
2006, Cheryl filed in this court a motion to dismiss the appeal for want of
prosecution.  On the same day, the clerk
of this court requested that Teresa file a response.  As of this date, Teresa has filed neither a
response nor a brief.

The
motion to dismiss is granted, and the appeal is dismissed for want of
prosecution.

 

October 26, 2006                                                                    PER
CURIAM

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.